# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-23-00747-CR

---

### Christian Lee Guzman, Appellant

### v.

### The State of Texas, Appellee

---

### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-21-0323-B, THE HONORABLE TRACIE WRIGHT-RENEAU, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Christian Lee Guzman pleaded guilty to one count of aggravated robbery ("Count 1"), two counts of robbery ("Count 2" and "Count 3"), one count of endangering a child ("Count 4"), one count of attempted to escape while arrested or confined ("Count 5"), and one count of evading arrest with a motor vehicle ("Count 6") and was sentenced to life imprisonment in Count 1, twenty years' imprisonment in Counts 2 and 3, two years in jail in Counts 4 and 5, and ten years' imprisonment in Count 6. *See* Tex. Penal Code §§ 12.32-.35, 22.041, 29.02, .03, 38.04, .06. Guzman appeals his convictions.

Guzman's court-appointed attorney on appeal filed a motion to withdraw supported by an *Anders* brief contending that the appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744-45 (1967). Guzman's court-appointed attorney's brief concluding that the appeal is frivolous and without merit meets the requirements of *Anders*

by presenting a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. *See id.*; *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81-82 (1988) (explaining that *Anders* briefs serve purpose of "assisting the court in determining both that counsel in fact conducted the required detailed review of the case and that the appeal is . . . frivolous"). Guzman's counsel represented to the Court that he provided copies of the motion and brief to Guzman; advised Guzman of his right to examine the appellate record, file a pro se brief, and pursue discretionary review following the resolution of the appeal in this Court; and provided Guzman with a form motion for pro se access to the appellate record along with the mailing address of this Court. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Guzman has not filed a pro se brief challenging his conviction, and the deadline for filing a pro se brief has expired.

We have independently reviewed the record and considered appellate counsel's brief, and we have found nothing that might arguably support the appeal. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. We agree with counsel that the appeal is frivolous and without merit. We grant counsel's motion to withdraw and affirm the trial court's judgments of conviction.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Affirmed

Filed: August 27, 2024

Do Not Publish

2